```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

         - v. -                  :      INDICTMENT

ALVIN NOTICE,                    :      07 Cr.
 a/k/a "Travis Notice,"
                                 :
            Defendant.
                                 :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 20 2007

07 CRIM 662

## COUNT ONE

The Grand Jury charges:

On or about May 26, 2007, in the Southern District of New York, ALVIN NOTICE, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 13, 2001, in Bronx Supreme Court, Bronx County, for attempted criminal possession of a controlled substance in the third degree, in violation of New York Penal Law 220.16, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded 9mm semi-automatic Beretta that previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ALVIN NOTICE,**

Defendant.

<u>INDICTMENT</u>

07 Cr.

(18 U.S.C. § 922(g)(1).)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Post 1H-87
7/20/07
Filed Ind.
Ellis J.