# Donald H. Vogelman

**ATTORNEY AT LAW**
**275 MADISON AVENUE, SUITE 1000**
**NEW YORK, NY 10016**
**212-889-5860**

**FAX: 212-686-0252**

**MEMO ENDORSED** January 4, 2008

**OF COUNSEL:**
**ARTHUR S. FRIEDMAN**
**DANIEL W. PARISER**
**DANIEL S. PERLMAN**

By facsimile: 212-805-0436

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/9/08

Re: United States of America v. Alvin Notice
07 CR 662-01 (GEL)

Dear Judge Lynch:

I am the attorney for Alvin Notice regarding the above referenced matter.

This letter is written to request an adjournment of the sentence of Mr. Notice which is presently scheduled on January 11, 2008. Please be advised that AUSA David O'Neil, Esq. has advised me that the government has no opposition to this request for an adjournment.

The reason for this request is that I was on vacation when the pre-sentence report was issued on December 28, 2007 and additional time is needed to prepare for sentencing.

Therefore, it is respectfully requested that this matter be adjourned until February 8, 2008 at 2:30 pm, which is the date and time suggested by your courtroom deputy.

Respectfully yours,

Donald H. Vogelman

cc: AUSA David O'Neil, Esq.

**SO ORDERED**

**GERARD E. LYNCH, U.S.D.J.**
1/8/08