January 15, 2008

Honorable Judge Gerard Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

RE: United States v Alvin Notice 07 Cr.662

Dear Judge Lynch,

I would like to thank you for this opportunity to give my input, in regards to my fiancé before you pronounce his sentence. I can say for sure is that the time he's been arrested, his character has changed significantly. Also his opinion in regards to certain issues in our lives has changed. I know the reason for these changes is because of his life in Christ. The changes I have seen in him has made me stronger.

Your Honor, I know that there are laws that governs a person when they commit a crime and in no way am I condoning anyone's criminal actions, But I also know that there can be room for leniency. Since he has been arrested things have dramatically changed at home. He was the only baby-sitter I could trust 100%. Now that he is not here, I have to employ a baby-sitter, which I live in fear everyday based on all the reports you hear today. Reports are being viewed by the media how people abuse, neglect and starve children. I am very uncomfortable with a stranger babysitting our child. It is very costly and at times requires me to work extra hours just to meet the financial demands. The valuable extra hours spent at work makes it difficult to spend time with my

son. Due to school and work I get home very very late. As young as he is, he does realize that his dad is gone. It kills me to see my son like that at such a young age.

The family responsibilities became more difficult for me because before Alvin's arrest we worked together as a team, so now the family responsibilities are difficult. Please, I am asking your Honor's kindness and leniency in granting me the number one heart desire in my life today, which is to release my fiancé on sentencing day, so that our family bond can be saved and for our son. Too many children are being deprived of a father.

Your Honor, As I send this letter, I am pleading to you, Your Honor to grant him the opportunity on sentencing day to come home with us. Your Honor, I'll be the police over his going out and coming in. Although based on his changed attitude, I don't think that would be needed. I will assure he will never come before you or any other court room again for any unlawful conduct. If at any time Your Honor, you desire to give someone a chance, Please take that chance with Alvin, I will guarantee you will not regret it.

I thank you, Your Honor for this opportunity and kind assistance in restoring my family.

Sincerely,

Michaela Robertson
Michaela Robertson

January 14, 2008

Honorable Judge Gerard Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

RE: United States vs. Alvin Notice 07 Cr.662

Dear Judge Lynch,

I want to thank you in advance for giving me the chance to express my feelings regarding my son, Alvin. My name is Florence Notice and I work with the elderly at The Classic Residence of Hyatt by Hilton in Riverdale. I have worked with the company for eight years. Alvin has two brothers and one sister, which one lives with him. It's his youngest brother Kermar; they are very close to each other because they are very close in age. When they were little I used to dress like twins. Kermar is very torn up over the separation that is now taking place. Your Honor, My kids are all very close to each other. All they know is each other. To see them apart breaks my heart.

My son Alvin is special to me. Nights when I'm hungry at work, he will wake up and bring me food no matter what time it is. At Christmas if nobody gets a gift I will. Sometimes he would come home with roses without an occasion. He has a good spirit and means well. He just made some bad decisions in life that he has to pay for. I feel that Alvin has suffered enough. Him being away from his son is eating him up inside. To hear his son say his ABC's and count 1-20 would be very exciting if he was here to see it.

Alvin has expressed his regrets to his actions. I feel that he is genuinely sorry for the hurt he has caused his family and friends who love him. He is a great father to his son, they are inseparable. The two of them spend a lot of time at the park together playing catch. I want T.J. to have a father figure around him to teach him right from wrong. Your Honor, I know Alvin has a history of making bad mistakes, but I feel he will change his ways after these 8 months in prison. Please give him the chance to rebuild his relationship with his family.

Yours Truly,

*Florence Notice*

Florence Notice

January 14, 2008

Honorable Judge Gerard Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

RE: United States vs. Alvin Notice 07 Cr.662

Dear Judge Lynch,

I would like to start off by introducing myself as Alvin Notice mother-in-law, Sandra Robertson. I've known him for several years now and I have grown to love him and I love him like my own. For 18 years of my life I worked for Workmen Circle Geriatric Center in the Bronx. I left in 2003 to pursue my real estate career.

Alvin has made certain mistakes in the past that has affected his loved ones, but I still have faith in him. He is a good father to my grandson, T.J. and he is very attached to him. About 2 years I gave Alvin an opportunity to work at the nursing home I worked at the time. The supervisor at the time always bragged about Alvin's dedication towards his task. She also said he has a lot of potential and can definitely be an asset to the company. He was known for his punctuality and enthusiasm.

My daughter Michaela Robertson has stuck by his side for 7 years and she's not going to give up on him know. I have spoken to Alvin on many occasions and he has

expressed his feelings in a very apologetic way. He is deeply sadden with himself about this and regrets his actions while being a free man. Alvin admits to making bad decisions in the past and is ready to correct those mistakes. Mr. Notice is tired of being in prison and being away from his son. He has also expressed to me the permanent changes in his life he wants to make to live better. After this altercation, I will assure you Alvin will make changes in his way of living, so he can stop hurting his family. Alvin's mistakes have put my daughter through tremendous changes and his son, but she will not give up. If you can give him a chance to redeem himself, I and my family would greatly appreciate it.

Thank You,

*Sandra Robertson*

Sandra Robertson